**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-00008-JAM |
| Plaintiff, | |
| | ***(Desertion of Mail)*** |
| | 18 U.S.C. § 1700 |
| v. | NMT 1 Year Imprisonment |
| | NMT $100,000 Fine |
| DEVIN P. GARRETT, | NMT 1 Year Supervised Release |
| [DOB: 08/15/2000] | Class A Misdemeanor |
| Defendant. | $25 Mandatory Special Assessment |
| | Restitution May be Ordered |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

1. In 2021, Defendant Devin P. Garrett (Garrett) was employed as a City Carrier Assistant with the United States Postal Service (USPS) in Kansas City, Missouri. As part of her employment, Garrett was entrusted with United States mail matter consisting of letters and other parcels in the United States mail and intended to be conveyed by mail.

2. The USPS is responsible for providing postal service in the United States and is an independent establishment of the executive branch of the United States government.

3. On multiple occasions in 2021, Garrett—having taken charge of United States mail matter—voluntarily quit and deserted the United States mail matter by transferring the mail to R.H., knowing R.H. would dump the mail at various locations in the Western District of Missouri.

4. Specifically, on or about December 24, 2021, in Kansas City, Missouri, in the Western District of Missouri, defendant Devin P. Garrett, in her capacity as a USPS employee, took charge of United States mail matter and Garrett voluntarily quit and deserted the mail matter—consisting of approximately 1,517 individual pieces of United States mail—before she

delivered it into the post office at the termination of her route or to some known mail carrier, messenger, agent, or other employee of the USPS authorized to receive the same.

All in violation of Title 18, United States Code, Section 1700.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By: *Nicholas P. Heberle* (signature)

Nicholas P. Heberle
Assistant United States Attorney

Dated: 1/5/23
Kansas City, Missouri